544

No. 754. MONTE RICO MILLING & MINING CO. ET AL. v. U. S. FIDELITY & GUARANTY CO. April 18, 1932. Petition for writ of certiorari to the Supreme Court of New Mexico denied. *Messrs. O. N. Marron* and *Francis E. Wood* for petitioners. *Mr. E. R. Wright* for respondent.

No. 762. TRUST No. 5833, SECURITY-FIRST NATIONAL BANK OF LOS ANGELES, v. WELCH, COLLECTOR. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Stuart Chevalier* and *Melvin D. Wilson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key,* and *Wm. Cutler Thompson* for respondent.

No. 778. LADOW, ADMINISTRATOR, v. BALTIMORE & OHIO R. CO. April 18, 1932. Petition for writ of certiorari to the Court of Appeals of Ohio, 1st Appellate District, denied. *Mr. Charles P. Taft, 2d,* for petitioner. *Mr. Benton S. Oppenheimer* for respondent.

No. 780. INDEPENDENT OIL WELL CEMENTING CO. v. HALLIBURTON ET AL. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Arthur C. Brown* and *C. E. Hall* for petitioner. *Messrs. Leonard S. Lyon* and *Henry S Richmond* for respondents.

No. 781. ATCHISON, TOPEKA & SANTA FE RY. CO. v. NORKEVICH, ADMINISTRATRIX. April 18, 1932. Petition